DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

|  | ) |  |
|---|---|---|
| IN RE: SUSPENSE OF CIVIL CASES PENDING BEFORE THE HONORABLE CURTIS V. GOMEZ DUE TO THE PASSAGE OF HURRICANES IRMA AND MARIA | ) ) ) ) ) | Misc. No. 2017-21 |

**GENERAL ORDER**

**GÓMEZ, J.**

In light of the hardships occasioned by the passage of Hurricanes Irma and Maria through the United States Virgin Islands, it is hereby ordered

**ORDERED** that the Clerk of Court shall designate the following actions as suspense matters: 1:13-cv-00100-CVG-RM; 3:14-cv-00040-CVG-RM; 3:14-cv-00056-CVG; 3:81-cv-00005-CVG-RM; 3:91-cv-00271-CVG; 3:03-cv-00002-CVG-RM; 3:09-cv-00181-CVG-RM; 3:12-cv-00077-CVG-RM; 3:14-cv-00098-CVG-RM; 3:14-cv-00100-CVG-RM; 3:14-cv-00110-CVG-RM; 3:15-cv-00004-CVG-RM; 3:15-cv-00048-CVG-RM; 3:15-cv-00074-CVG-RM; 3:16-cv-00014-CVG-RM; 3:16-cv-00026-CVG-RM; 3:16-cv-00047-CVG-RM; 3:16-cv-00052-CVG-RM; 3:16-cv-00067-CVG-RM; 3:16-cv-00079-CVG-RM; 3:17-cv-00002-CVG-RM; 3:17-cv-00012-CVG-RM; 3:17-cv-00013-CVG-RM; and 3:14-cv-00088-CVG-RM;  it is further

*In re. Suspense of Civil Cases Pending Before the Honorable Curtis V. Gomez Due to the Passage of Hurricanes Irma and Maria*
Misc. No. 2017-21
Order
Page 2

**ORDERED** that these matters shall be included in the Civil Suspense Docket; it is further

**ORDERED** that these matters shall be removed from the active trial docket; it is further

**ORDERED** that these matters will be restored to the trial docket on October 30, 2017; and it is further

**ORDERED** that this order shall not prejudice the rights of the parties in these matters.

_____
**CURTIS V. GÓMEZ**
**District Judge**